CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 09 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES ELLERSON CARROLL, JR.,<br>　　Plaintiff, | Civil Action No. 7:13-cv-00275 |
| v. | **MEMORANDUM OPINION** |
| W.R.S.P.,<br>　　Defendant(s). | By:　Glen E. Conrad<br>Chief United States District Judge |

Charles Ellerson Carroll, Jr., proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered June 13, 2013, the court directed plaintiff to submit within 10 days from the date of the Order his trust account statements for the six-month period immediately preceding the filing of his complaint. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because he has not returned the financial documentation. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 9th day of July, 2013.

　　　　　　　　　　　　　　　　　　　　／s／ Glen Conrad
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge