CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 09 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **CHARLES ELLERSON CARROLL, JR.,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:13-cv-00275** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **W.R.S.P.,** | ) | **By: Glen E. Conrad** |
| **Defendant(s).** | ) | **Chief United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 9th day of July, 2013.

Chief United States District Judge